CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

SEP 25 2013

JULIA C. DUDLEY, CLERK
BY: /s/
   DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| BOBBY NELSON COLLINS, JR.,   )<br>  Plaintiff,   ) | Civil Action No. 7:13-cv-00419 |
| v.   ) | **DISMISSAL ORDER** |
| SOUTHWEST REGIONAL JAIL   )<br>AUTHORITY (DUFFIELD),   )<br>  Defendant(s).   ) | By:   **James C. Turk**<br>       Senior United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ORDERED**

that this action is **DISMISSED without prejudice** for plaintiff's failure to comply and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send a copy of this Order and the accompanying Memorandum Opinion to plaintiff.

ENTER: This 25th day of September, 2013.

_/s/ James C. Turk_
Senior United States District Judge